**UNITED STATES DISTRICT COURT**
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

THOMAS G. BRUTON
CLERK



FILED
CLERK, U.S. DISTRICT COURT
JUL 1 4 2014
OFFICE OF THE CLERK
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Purepecha Enterprises, Inc., et al,         Case No.: 11cv2569

v.

El Matador Spices & Dry Chiles, et al,       14mc-489

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

I, Thomas G. Bruton, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 12/17/2013, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on July 8, 2014.

Thomas G. Bruton
Court Administrator

By: Roberto Cornejo
Deputy Clerk



PAID
JUL 1 4 2014
Clerk, US District Court
00000 4612

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUREPECHA ENTERPRISES INC., an Illinois Corporation, d/b/a EL MATADOR<br><br>Plaintiff,<br><br>v.<br><br>EL MATADOR SPICES & DRY CHILES, a California Corporation, EL MATADOR ADOBOS, L.L.C., a Texas limited liability company, CARLOS RICO, JAIME PABLO RICO, DARIO RICO, ROGELIO RICO, ARTURO OROZCO, RUBEN OROZCO, and ISRAEL GONZALES FERNANDEZ,<br><br>Defendants. | Case Number: 1:11-cv-2569<br><br>Judge Amy J. St. Eve |

## CLARIFIED JUDGMENT ORDER

This matter having come before the Court on Plaintiff Purepecha Enterprises, Inc.'s Motion for Clarification of this Court's previous Judgment, Attorneys' Fees, and Costs Orders of July 8, 2013, September 11, 2013, and September 16, 2013,

It is HEREBY ORDERED:

1. That judgment (damages and attorneys' fees) was entered on July 8, 2013 in favor of Plaintiff, Purepecha Enterprises, Inc., an Illinois Corporation, d/b/a El Matador, and against Defendants El Matador Adobos, L.L.C., Carlos Rico, Jaime Pablo Rico, Arturo Orozco, and Ruben Orozco in the amount of $3,561,224.50 plus costs of $7,260.00 plus any additional costs that may accrue;

2. That this clarification and consolidation order shall be recognized as the final judgment order nunc pro tunc to July 8, 2013; and

3. That this order is final and appealable and that there is no just reason to delay enforcement of this order.

So Ordered:

By: _____
Judge Amy J. St. Eve

Date: December 17, 2013



# UNITED STATES DISTRICT COURT
## Exemplification Certificate

# 11 CV 2569

# United States District Court
# Northern District of Illinois

## EXEMPLIFICATION CERTIFICATE

I, Thomas G. Bruton, Clerk of the United States District Court, keeper of the records and seal, certify that the attached documents:

Clarified Judgment order entered 12/17/2013,

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District at Chicago, IL on 1/8/2014

_____ Thomas G. Bruton _____        _____ *signature* _____
*Clerk*                                        *Signature*

I, Judge Ruben Castillo, a Judicial Officer of this Court, certify that Thomas G. Bruton, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

On 1/8/2014                                    _____ *Chief Judge signature* _____
                                               *Signature of Judicial Officer*

I, Thomas G. Bruton, Clerk of the United States District Court, keeper of the records and seal, certify that the Honorable Ruben Castillo named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer. In testimony whereof I sign my name, and affix the seal of this Court at Chicago in this State on 1/8/2014.

_____ Thomas G. Bruton _____        _____ *signature* _____
*Clerk*                                        *Signature*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PUREPECHA ENTERPRISES INC., an Illinois Corporation, d/b/a EL MATADOR<br><br>Plaintiff,<br><br>v.<br><br>EL MATADOR SPICES & DRY CHILES, a California Corporation, EL MATADOR ADOBOS, L.L.C., a Texas limited liability company, CARLOS RICO, JAIME PABLO RICO, DARIO RICO, ROGELIO RICO, ARTURO OROZCO, RUBEN OROZCO, and ISRAEL GONZALES FERNANDEZ,<br><br>Defendants. | Case Number: 1:11-cv-2569<br><br>Judge Amy J. St. Eve |

## CLARIFIED JUDGMENT ORDER

This matter having come before the Court on Plaintiff Purepecha Enterprises, Inc.'s Motion for Clarification of this Court's previous Judgment, Attorneys' Fees, and Costs Orders of July 8, 2013, September 11, 2013, and September 16, 2013,

It is HEREBY ORDERED:

1. That judgment (damages and attorneys' fees) was entered on July 8, 2013 in favor of Plaintiff, Purepecha Enterprises, Inc., an Illinois Corporation, d/b/a El Matador, and against Defendants El Matador Adobos, L.L.C., Carlos Rico, Jaime Pablo Rico, Arturo Orozco, and Ruben Orozco in the amount of $3,561,224.50 plus costs of $7,260.00 plus any additional costs that may accrue;

2. That this clarification and consolidation order shall be recognized as the final judgment order nunc pro tunc to July 8, 2013; and

3. That this order is final and appealable and that there is no just reason to delay enforcement of this order.

So Ordered:

By: _____
Judge Amy J. St. Eve

Date: December 17, 2013