**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No. CV 17-877-VAP (PLAx)                                                  Date  June 13, 2017

Title:  Purepecha Enterprises, Inc. v. El Matador Spices and Dry Chilis, et al.

---

|  |  | ☐ **U.S. DISTRICT JUDGE** |
|---|---|---|
| **PRESENT:  THE HONORABLE    PAUL L. ABRAMS** | | ☒ **MAGISTRATE JUDGE** |

| Christianna Howard | courtsmart | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEY PRESENT FOR CREDITOR:**                **ATTORNEY PRESENT FOR JUDGMENT DEBTOR:**
William I. Goldsmith                                                               NONE

**PROCEEDINGS:**          **(JUDGMENT DEBTOR EXAMINATION)**

Case called. Counsel for plaintiff is present. As of 10:22 a.m., judgment debtor Carlos Rico is not present. **The judgment debtor is ordered to appear before this Court on Tuesday, August 15, 2017, at 10:00 a.m., in Courtroom 780 of the Roybal Federal Building, 7th Floor, 255 E. Temple Street, Los Angeles, and show cause why this matter should not be referred to the District Judge to initiate contempt proceedings for his failure to appear at today's hearing.** The judgment debtor examination of Carlos Rico is also rescheduled to **August 15, 2017, at 10:00 a.m.** The judgment debtor is to be present and produce the necessary documents referred to in plaintiff's subpoena. At the rescheduled hearing on August 15, 2017, judgment debtor will also have the opportunity to be heard regarding whether judgment debtor should be ordered to pay plaintiff's attorney's fees and costs associated with the failure to appear at today's hearing.

**The judgment debtor is hereby advised that failure to appear at the time and place specified for the rescheduled examination may subject him to arrest and punishment for contempt of Court, as well as additional costs for plaintiff's attorney's appearance at future hearings.**

cc:     Counsel of Record                                                                                                          : 10

                                                                                                Initials of Deputy Clerk____ch____