1  GOLDSMITH & HULL, A P.C./File #14000111
   William I. Goldsmith    SBN 82183
2  Michael L. Goldsmith SBN 291700
   16933 Parthenia Street, Suite 110
3  Northridge, CA 91343
   Telephone:  (818) 990-6600
4  Facsimile:   (818) 990-6140
   **govdept1@goldsmithcalaw.com**
5

6  Attorney For Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 PUREPECHA ENTERPRISES INC., an )  CASE NO. 2:17-cv-00877-VAP (PLAx)
   Illinois Corporation, d/b/a EL )
12 MATADOR,                        )
                                   )  NOTICE OF ERRATA RE:
13              Plaintiff,         )  ATTACHMENT NUMBER 3 TO
                                   )  DOCKET ENTRY NUMBER 19
14 v.                              )  (CLERKS NOTICE OF CONTINUING
                                   )  GARNISHMENT)
15 EL MATADOR SPICES & DRY         )
   CHILES, a California Corporation, )
16 EL MATADOR ADOBOS, L.L.C., A    )
   Texas Limited Liability Company, )
17 CARLOS RICO, JAIME PABLO RICO,  )
   DARIO RICO, ROGELIO RICO,       )
18 ARTURO OROZCO, RUBEN            )
   OROZCO, ISRAEL GONZALEZ         )
19 FERNANDEZ                       )
                                   )
20                                 )
             Defendant(s)          )
21                                 )
                                   )
22 _____ )

23      TO THE COURT:

24      PLEASE TAKE NOTICE that on July 25, 2017, the wrong document was

25 uploaded as attachment number 3 to docket entry number 19.

26      Plaintiff's attorney will be attaching a copy of the correct document to this

27 //

28 //

1  notice as Exhibit õ1" to correct the error.

3  Dated: July 25, 2017                    GOLDSMITH & HULL, A P.C.

5                                          _____/S/_____
                                           William I. Goldsmith
6                                          Attorney For Plaintiff