```
                FILED
        CLERK, U.S. DISTRICT COURT

            MAY 18, 2018

      CENTRAL DISTRICT OF CALIFORNIA
      BY:      BH      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUREPECHA ENTERPRISES, INC., an Illinois Corporation, d/b/a EL MATADOR<br><br>Plaintiff,<br><br>vs.<br><br>EL MATADOR SPICES & DRY CHILES, a California Corporation, EL MATADOR ADOBOS, L.L.C., a Texas Limited Liability Company, CARLOS RICO, JAIME PABLO RICO, DARIO RICO, ROGELIO RICO, ARTURO OROZCO, RUBEN OROZCO and ISRAEL GONZALEZ FERNANDES,<br><br>Defendant (s). | Case No.: 2:17-cv-0877-VAP-PLAx<br><br><u>ORDER GRANTING JUDGMENT CREDITOR APPLICATION PERMITTING SERVICE OF PROCESS</u><br><br>[PROPOSED] |

IT IS HEREBY ORDERED, that Judgment Creditor Application for Order Permitting Service of Process is Granted, and that any agent of DIRECT LEGAL SUPPORT, who is at least 18 years of age, of suitable discretion, and not a party

1

for this action, be authorized and appointed the serve the Writ Issued in this action. The U.S. Marshal shall remain as the levying Office.

**IT IS ORDERED,**

DATED: May 18, 2018     _____
  VIRGINIA A. PHILLIPS, DISTRICT JUDGE
  UNITED STATES DISTRICT COURT