1  GOLDSMITH & HULL/File #14000111
   A Professional Corporation
2  William I. Goldsmith (SBN 82183)
   Stephen R. Goldsmith (SBN 291555)
3  16933 Parthenia Street
   Northridge, CA 91343
4  Tel.: (818) 990-6600
   Fax: (818) 990-6140
5  govdept1@goldsmithcalaw.com

6
   Attorneys For Plaintiff
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 PUREPECHA ENTERPRISES, INC.,      ) CASE NO.: 2:17-cv-00877-VAP(PLAx)
                                     )
12              Plaintiff,           ) RENEWED JUDGMENT BY CLERK
                                     )
13 v.                                )
                                     )
14 EL MATADOR SPICES & DRY           )
   CHILES, a California Corporation, EL )
15 MATADOR ADOBOS, L.L.C., a Texas  )
   Limited Liability Company, CARLOS )
16 RICO, JAIME PABLO RICO, DARIO    )
   RICO, ROGELIO RICO, ARTURO       )
17 OROZCO, RUBEN OROZCO, and        )
   ISRAEL GONZALES FERNANDEZ,       )
18                                   )
                Defendant(s).        )
19                                   )
                                     )
20

21    Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Article 2

22 of the California Code of Civil Procedure, the above named plaintiff, by his attorney,

23 applies for renewal of judgment against defendant, EL MATADOR SPICES & DRY

24 CHILES, a California Corporation, EL MATADOR ADOBOS, L.L.C., a Texas

25 Limited Liability Company, CARLOS RICO, JAIME PABLO RICO, DARIO RICO,

26 ROGELIO RICO, ARTURO OROZCO, RUBEN OROZCO, and ISRAEL

27 GONZALES FERNANDEZ.

28    The original judgment, was entered on July 8, 2013.  A copy is attached as

"Exhibit 1".

The judgment has not been previously renewed.

Renewal of money judgment as of June 6, 2023.

   a. Total judgment................................................... $3,568,484.50

   (Total Judgment $2,561,224.50 + $7,260.00)

   b. Credits after judgment............................... ........$   0.00

   c. Subtotal.............................................................$3,568,484.50

   d. Interest after judgment.......................................$3,539,154.49

   e. Fee for filing abstract of judgment....................$   0.00

   f. Total renewed judgment......................................$7,107,638.99

Renewed Judgment to accrue interest at the legal rate until paid

Dated: 07/03/2023　　　　　　　　　　GOLDSMITH & HULL, A P.C.

　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　William I. Goldsmith
　　　　　　　　　　　　　　　　　　Attorneys For Plaintiff

Dated: JULY 5, 2023　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　CLERK  U.S.  DISTRICT  COURT